NOTICE OF OBJECTION TO CONFIRMATION

WELLS FARGO BANK, N.A. has filed papers with the Court to object to the Confirmation of the Chapter 13 Plan.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to object to the Confirmation of the Chapter 13 Plan, or if you want the Court to consider your views on the Objection, then on or before, you or your attorney must:

1.     File with the Court an answer, explaining your position at:

**Clerk**
**U.S. Bankruptcy Court**
**402 E. State Street**
**Trenton, NJ 08608**

If you mail your response to the Court for filing, you must mail it early enough so that the Court will *receive* it on or before the date stated above.

You must also mail a copy to:

Phelan Hallinan Diamond & Jones, PC     ALBERT RUSSO, Trustee
1617 JFK Boulevard, Suite 1400             CN 4853, SUITE 101
Philadelphia, PA 19103                   TRENTON, NJ 08650

2.     Attend the hearing scheduled to be held on 01/02/2019 in the TRENTON Bankruptcy Court, at the following address:

**U.S. Bankruptcy Court**
**402 E. State Street**
**Trenton, NJ 08608**

If you or your attorney do not make these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an Order granting that relief.

Date: December 14, 2018

                         /s/ Nicholas V. Rogers
                         Nicholas V. Rogers, Esq.
                         Phelan Hallinan Diamond & Jones, PC
                         1617 JFK Boulevard, Suite 1400
                         Philadelphia, PA 19103

Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com

**File No. 818772**
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard
Philadelphia, PA 19103
856-813-5500
FAX Number 856-813-5501
WELLS FARGO BANK, N.A.

| In Re: | UNITED STATES BANKRUPTCY COURT |
| MAUREEN GILLIGO | FOR THE DISTRICT OF NEW JERSEY |

In Re:
    MAUREEN GILLIGO



Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

Chapter 13

Case No. 18-31826 - CMG

Hearing Date: 01/02/2019

      The undersigned, Phelan Hallinan Diamond & Jones, PC, attorneys for Secured Creditor, WELLS FARGO BANK, N.A., the holder of a Mortgage on Debtor's residence located at 3101 NOTTINGHAM WAY, MERCERVILLE, NJ 08619-1844 hereby objects to the Confirmation of the Debtor's proposed Chapter 13 Plan on the following grounds:

1.     Secured Creditor is WELLS FARGO BANK, N.A..

2.     Debtors, MAUREEN GILLIGO, JOSEPHINE A. GILLIGO are the owners of the property located at 3101 NOTTINGHAM WAY, MERCERVILLE, NJ 08619-1844.


3.     Secured Creditor is in the process of drafting and filing a Proof of Claim. The approximate arrears are $11,358.26.

4.     Debtor's Plan fails to cure the delinquency pursuant to 11 U.S.C. §1322(b)(5).

5.     Debtor's Plan currently provides for payment to Secured Creditor in the amount of $0.

6     Secured Creditor objects to Debtor's Plan as it is underfunded.  Debtors' Plan should be amended to fully fund the arrears owed to Secured Creditor.  Absent a modification by the Debtor, confirmation of Debtor's proposed Plan should be denied.

WHEREFORE, WELLS FARGO BANK, N.A. respectfully requests that the Confirmation of Debtor's Plan be denied.

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com

Dated: December 14, 2018

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

818772
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for WELLS FARGO BANK, N.A.

| | |
|---|---|
| In Re:<br><br>Maureen Gilligo | Case No:  18-31826 - CMG<br><br>Hearing Date: 01/02/2019<br><br>Judge:  CHRISTINE M. GRAVELLE<br><br>Chapter:  13 |

**CERTIFICATION OF SERVICE**

1.  I, Bjorn Pilgrim:

  ☐ represent the _____ in the above-captioned matter.

  ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents WELLS FARGO BANK, N.A. in the above captioned matter.

  ☐ am the _____ in the above case and am representing myself.

2.  On December 14, 2018 I sent a copy of the following pleadings and/or documents to the parties listed below:

  Objection to Plan

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated:  __December 14, 2018_____          /s/  *Bjorn Pilgrim*_____
                                                                Bjorn Pilgrim

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| MAUREEN GILLIGO<br>3101 NOTTINGHAM WAY,<br>MERCERVILLE, NJ 08619-1844 | DEBTOR | ☐ HAND-DELIVERED<br><br>☒ REGULAR MAIL<br><br>☐ CERTIFIED MAIL/RR<br><br>☐ E-MAIL<br><br>☐ NOTICE OF ELECTRONIC FILING (NEF)<br><br>☐ OTHER_____<br>(AS AUTHORIZED BY THE COURT *) |
| BRIAN W HOFMEISTER, ESQUIRE<br>3131 PRINCETON PIKE<br>BLDG. 5, SUITE 110<br>LAWRENCEVILLE, NJ 08648 | DEBTORS ATTORNEY | ☐ HAND-DELIVERED<br><br>☒ REGULAR MAIL<br><br>☐ CERTIFIED MAIL/RR<br><br>☐ E-MAIL<br><br>☐ NOTICE OF ELECTRONIC FILING (NEF)<br><br>☐ OTHER_____<br>(AS AUTHORIZED BY THE COURT *) |
| ALBERT RUSSO, TRUSTEE<br>CN 4853<br>SUITE 101<br>TRENTON, NJ 08650 | TRUSTE | ☐ HAND-DELIVERED<br><br>☒ REGULAR MAIL<br><br>☐ CERTIFIED MAIL/RR<br><br>☐ E-MAIL<br><br>☒ NOTICE OF ELECTRONIC FILING (NEF)<br><br>☐ OTHER_____<br>(AS AUTHORIZED BY THE COURT *) |
| U.S. TRUSTEE<br>U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 | TRUSTEE | ☐ HAND-DELIVERED<br><br>☐ REGULAR MAIL<br><br>☐ CERTIFIED MAIL/RR<br><br>☐ E-MAIL<br><br>☒ NOTICE OF ELECTRONIC FILING (NEF) |

| | | ☐ OTHER_____<br> (AS AUTHORIZED BY THE<br>COURT *) |
|---|---|---|

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.